STATE OF NEW JERSEY v. MAJOR LEE.

February 26, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT P. MITTELSDORF.

February 26, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JAMAL DAWUD.

February 26, 1974. Petition for certification denied.

GULF CHEMICAL AND METALLURGICAL CORPORATION v. SYLVAN CHEMICAL CORPORATION.

February 26, 1974. Petition for certification denied. (See 126 *N. J. Super.* 261)

STATE OF NEW JERSEY v. DONALD FRANK WEWNA.

February 26, 1974. Petition for certification denied.

PATRICK N. COVIELLO v. JOHN J. JOHNSTON.

February 26, 1974. Petition for certification denied.